UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                       :

STEPHEN GANNON, individually and on  :
behalf of all others similarly situated,    :
                                                       :
                                        Plaintiff,   :           1:22-cv-880-GHW
                                                       :
                                                       :             <u>ORDER</u>
                          -against-  :

521 EIGHTH AVENUE LLC, et al.,         :
                                                      :
                                             Defendants.  :
------------------------------------------------------------- X

<div style="float:right; border:1px solid black; padding:5px;">
USDC SDNY<br/>
DOCUMENT<br/>
ELECTRONICALLY FILED<br/>
DOC #: _____<br/>
DATE FILED: 4/29/2022
</div>

GREGORY H. WOODS, District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 28, 2022. Dkt. No. 5. The Court has not received the parties' submissions, and Plaintiff has not requested an adjournment of the initial pretrial conference. Plaintiff's failure to comply with the Court's order is not excused. However, in light of the certificate of default entered by the Clerk of Court as to Defendant 512 Eighth Avenue LLC on April 15, 2022, Dkt. No. 11, the initial pretrial conference scheduled for May 5, 2022 is adjourned *sine die*. The Court expects Plaintiff to initiate default proceedings no later than May 27, 2022. Plaintiff is directed to comply with the Court's Individual Rules of Practice in connection with any application for an order to show cause for default judgment. Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service.

      SO ORDERED.

Dated: April 29, 2022
New York, New York

                                                                                      _____
                                                                                        GREGORY H. WOODS
                                                                                        United States District Judge