UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022

STEPHEN GANNON, *individually and on*
*behalf of all others similarly situated,*

                                          Plaintiff,

                          -against-

521 EIGHTH AVENUE LLC, et al.,

                               Defendants.

------------------------------------------------------------------- X

1:22-cv-880-GHW

ORDER

GREGORY H. WOODS, District Judge:

The show cause hearing scheduled for July 22, 2022 is adjourned to August 11, 2022 at 1:00 p.m.  The hearing will take place in in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Plaintiff is directed to serve a copy of this order on Defendants and to file proof of such service no later than July 18, 2022.

SO ORDERED.

Dated:  July 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge