USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/31/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STEPHEN GANNON, individually and on behalf of all
others similarly situated,

                                    Plaintiff,

                    -against-

521 EIGHTH AVENUE LLC, JOHN DOE 1-X, persons yet
unknown, Limited Liability Companies, Partnerships,
Corporations 1-X, entities yet unknown,

                                    Defendants.
-------------------------------------------------------------------X

Case No.: 22-cv-00880 (GHW)

**CONSENT TO
CHANGE ATTORNEY**

**MEMORANDUM ENDORSED**

          **IT IS HEREBY CONSENTED AND AGREED** that the firm of KAUFMAN

DOLOWICH & VOLUCK, LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York

11797, be substituted as attorneys of record for Defendant, 521 Eighth Avenue, LLC.  This consent

to change attorney may be executed in counterparts and facsimile signatures treated as originals.

Dated:  Woodbury, New York
          August 31, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Incoming Counsel for Defendant*
*521 Eighth Avenue, LLC*

By: _____
     Matthew Cohen, Esq.
     Solomon Abramov, Esq.
     135 Crossways Park Drive, Suite 201
     Woodbury, NY 11797
     (516) 681-1100

**521 EIGHTH AVENUE, LLC**

By: _____
Date:  8/29/22

Dated: New York, New York
          August ___, 2022

MOSES & SINGER LLP
*Outgoing Counsel for Defendant*
*521 Eighth Avenue, LLC*

By: _____
     Eliad S. Shapiro, Esq.
     405 Lexington Avenue
     New York, New York 10174
     (212) 554-7800

SO ORDERED: _____

The Court declines to enter this stipulation because it does not fully comply with Local Rule 1.4.  Under Local Rule
1.4, such a stipulation must be signed by all parties to the litigation.  Alternatively, counsel may move for leave to
withdraw.  Any such motion must comply fully with the requirements of Local Rule 1.4.
SO ORDERED.

Dated:  August 31, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge