```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                    :

STEPHEN GANNON, *individually and on behalf of all* :
*others similarly situated*,
                                                    :     1:22-cv-880-GHW

                                Plaintiff,    :
                                                    :       ORDER
                     -v -
                                                   :

521 EIGHTH AVENUE LLC,

                              Defendant.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       In the Court's December 1, 2022 order, Dkt. No. 43, the parties were instructed to submit their joint letter and proposed case management plan no later than December 9, 2022. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than December 14, 2022.

       SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                                                  _____
                                                                    GREGORY H. WOODS
                                                               United States District Judge