USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

STEPHEN GANNON, individually and on behalf of all other similarly situated,

                      Plaintiff,

-against-

521 EIGHTH AVENUE LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                      Defendant.

Civil Action No.: 1:22-cv-00880-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, STEPHEN GANNON, and Defendant, 521 EIGHTH AVENUE LLC (together, the "Parties") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice in its entirety, with each party to bear its own fees and costs; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: New York, New York
February 23, 2023

FORD & HUFF
*Attorneys for Plaintiff Stephen Gannon*

By: _____
      Adam Ford, Esq.

Dated: Woodbury, New York
February 23, 2023

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant 521 Eighth Avenue LLC*

By: _____
      Matthew Cohen, Esq.
      Solomon Abramov, Esq.

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

**SO ORDERED.**

Dated: March 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge